KATRINA CARROLL (*pro hac vice*)
 kcarroll@litedepalma.com
**LITE DePALMA GREENBERG, LLC**
211 West Wacker Drive
Suite 500
Chicago, IL 60606
Telephone:  (312) 750-1265

PETER S. LUBIN (*pro hac vice*)
 psl@ditommasolaw.com
**DITOMMASO LUBIN**
17W200 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Telephone:  (630) 333-0000

STEPHEN J. SIMONI (Bar No. 284558)
 StephenSimoniLAW@gmail.com
**SIMONI CONSUMERS
     CLASS ACTION LAW OFFICES**
12131 Turnberry Drive, Suite 100
Rancho Mirage, CA 92270-1500
Telephone:  (917) 621-5795

CHAD C. AUSTIN (Bar No. 235457)
 ChadCAustin@gmail.com
**LAW OFFICE OF CHAD C. AUSTIN**
4632 Berwick Drive
San Diego, CA  92117
Telephone:  (619) 992-7100

*Counsel for Plaintiff Matthew
 Donaca and the Proposed Class*

**ORDER REVISING CIVIL TRIAL SCHEDULING ORDER DATES**, No. EDCV-13-02064-JGB(SPx)

0

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW DONACA, Individually and on behalf of all others similarly situated, | : | EDCV-13-02064-JGB(SPx) |
| Plaintiff, | : | |
| vs. | : | **ORDER REVISING CIVIL TRIAL SCHEDULING ORDER DATES** |
| LIFEWATCH INC. ("LIFEWATCH"), EVAN SIRLIN, Individually and as Chief Executive Officer of LIFEWATCH, and DOES 1 through 10, inclusive, | : | |
| Defendants. | : | |

      Upon Plaintiff Matthew Donaca's ("**Donaca**" or "**Plaintiff**") *Ex Parte* Application, Declaration of Plaintiff's Counsel, and Memorandum of Points and Authorities, the Court hereby finds that the interests of judicial and litigation efficiencies would be served by the requested revision to the May 12, 2015 Civil Trial Scheduling Order (ECF/CM Doc. No. 49) in light of the pendency of a Motion to Transfer the above-captioned case, along with two pending related putative nationwide class actions against defendant Lifewatch, Inc. and all subsequently filed related nationwide putative class actions against Lifewatch, to the U.S. Judicial Panel on Multidistrict Litigation ("**JPML**").  <u>IN RE LIFEWATCH, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION</u>, MDL No. 2653.

      The JPML has scheduled oral argument on the motion for October 1, 2015.  The existing Civil Trial Scheduling Order in

the above-captioned action, however, sets dates for, *inter alia*, discovery, amendment of pleadings, and trial that may pass before the Panel has ruled.

IT IS HEREBY ORDERED THAT the following dates in the May 12, 2015 Civil Trial Scheduling Order are revised as follows:

1. Last Day to Stipulate or File a Motion to Amend Pleadings or Add New Parties:  Jan. 15, 2016;

2.  All Discovery Cut-Off (including hearing of discovery motions):  Jan. 1, 2016;

3. Dispositive Motion Hearing Cut-Off:  Feb. 22, 2016 at 9:00 A.M.;

4. Last Day to Conduct Settlement Conference:  Jan. 25, 2016;

5. Final Pre-Trial Conference:  Mar. 28, 2016 at 11:00 A.M.; and

6. Jury Trial:  Apr. 11, 2016 at 9:00 A.M.

Dated:  Sept. 30, 2015

Hon. Jesus G. Bernal, U.S.D.J.