PETER S. LUBIN (*pro hac vice*)
 psl@ditommasolaw.com
**DITOMMASO LUBIN**
17W200 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Telephone:  (630) 333-0000

KATRINA CARROLL (*pro hac vice*)
kcarroll@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500, Chicago, IL 60606
Telephone: (312) 750-1265

STEPHEN J. SIMONI (Bar No. 284558)
 StephenSimoniLAW@gmail.com
**SIMONI CONSUMERS**
**CLASS ACTION LAW OFFICES**
12131 Turnberry Drive, Suite 100
Rancho Mirage, CA 92270-1500
Telephone:  (917) 621-5795

CHAD C. AUSTIN (Bar No. 235457)
ChadCAustin@gmail.com
**LAW OFFICE OF CHAD C. AUSTIN**
4632 Berwick Drive
San Diego, CA  92117
Telephone:  (619) 992-7100

*Counsel for Plaintiff Matthew Donaca*
*and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DONACA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEWATCH, INC. | No.  EDCV-13-02064 (JGB) (SPx)<br><br>**APPLICATION  PURSUANT TO L.R. 79-5.2.2(b)** |

1

1

2

Defendant.

3

4     STEPHEN J. SIMONI, being over eighteen years of age, hereby declares

5  under the penalties of perjury:

6     1.     Defendant Lifewatch, Inc. ("Lifewatch") has designated the February

7  19, 2014 deposition of Sarai Baker ("Baker Tr."), taken in the matter *Life Alert*

8
9  *Emergency Response, Inc. v. Connect America.com, LLC*, No. CV 13/03455 JAK

10  (SSX) (C.D. Cal.), as "Attorney's Eyes Only" pursuant to the Stipulated Protective

11  Order (Dkt. 43) entered in this litigation on January 7, 2015.

12

13     2.     Plaintiff Matthew Donaca ("Plaintiff") relies on various excerpts of

14  Ms. Baker's deposition transcript in support of his Renewed Motion for Class

15  Certification due today, June 7, 2016.  Specifically, Plaintiff references the below

16  excerpts from Ms. Baker's deposition in his (i) memorandum of support of his

17
18  renewed motion for class certification and (ii) Exhibit PX 29 to the Simoni

19  Declaration filed in support of the class certification memorandum, as well as (iii)

20
21  attaches the excerpts as Exhibit PX 2 to the Simoni Declaration filed in support of

22  the class certification memorandum:

23

| | | |
|---|---|---|
| 26:22-27:5 | 79:19-80:3 | 121:3-12 |
| 27:23-28:3 | 80:7-17 | 122:5-13 |
| 58:18-59:8 | 85:8-14 | 122:16-25 |
| 63:8-10 | 94:3-13 | 124:19-25 |
| 65:15-18 | 101:23-102:41 | 127:6-22 |
| 73:15-74:19 | 104:5-109:1 | 128:6-18 |
| 77:3-6 | 109:13-15 | 176:9-12 |

2

3.      Redacted and unredacted copies of Plaintiff's memorandum, Exhibit PX 29, and Exhibit PX 2 are attached to the Simoni Declaration submitted with this Application.

4.      Plaintiff also relies on additional excerpts from Ms. Baker's deposition, but these "additional" excerpts are publicly available as part of the record on appeal in *Life Alert Emergency Response, Inc. v. Lifewatch, Inc.*, No. 14-55930 (9th Cir.) and, accordingly, do not implicate L.R. 79-5.2.2.(b).  These publicly-available excerpts are as follows:

| | |
|---|---|
| 41:2-42:2<br>42:7-11<br>44:10-15 | 48:8-14<br>150:17-158:22 |

5.      Plaintiff's counsel contacted Lifewatch's counsel via e-mail seeking permission to publicly file and utilize the "Attorney's Eyes Only" excerpts. Counsel spoke promptly thereafter, and Lifewatch's counsel agreed to review the deposition excerpts at issue.

6.      Lifewatch's counsel was not amenable to waiving the "Attorney's Eyes Only" designation.

7.      Accordingly, pursuant to L.R. 79-5.2.2(b), Plaintiff submits this Application for filing under seal along with a supporting Declaration.

8.      A proposed Order is attached.

3

Date:  June 7, 2016                    Respectfully submitted,

                                       By: ____/s/[1] Stephen J. Simoni___
                                       STEPHEN J. SIMONI (Bar No. 284558)
                                       StephenSimoniLAW@gmail.com
                                       **SIMONI CONSUMERS**
                                       **CLASS ACTION LAW OFFICES**
                                       12131 Turnberry Drive, Suite 100
                                       Rancho Mirage, CA 92270-1500
                                       Telephone:  (917) 621-5795


                                       By: ____/s/ Chad C. Austin_____

                                       CHAD C. AUSTIN (Bar No. 235457)
                                       ChadCAustin@gmail.com
                                       **LAW OFFICE OF CHAD C. AUSTIN**
                                       4632 Berwick Drive
                                       San Diego, CA  92117
                                       Telephone:  (619) 992-7100
                                       Facsimile:  (858) 712-0316


                                       By: ____/s/ Katrina Carroll___

                                       KATRINA CARROLL (*pro hac vice*)
                                       kcarroll@litedepalma.com
                                       **LITE DePALMA GREENBERG, LLC**
                                       211 West Wacker Drive
                                       Suite 500
                                       Chicago, IL 60606
                                       Telephone:  (312) 750-1265


                                       By: ____/s/ Peter S. Lubin___
                                       psl@ditommasolaw.com
                                       **DITOMMASO LUBIN**
                                       17W200 22nd Street, Suite 410

---

[1] In accordance with Local Rule 5-4.3.4(a)(2)(i), the ECF/CM filer, Stephen J. Simoni, attests that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

4

1   Oakbrook Terrace, IL 60181
2   Telephone:  (630) 333-0000

3   *Counsel for Plaintiff Matthew*
4   *Donaca and the Proposed Class*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5