UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DONACA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIFEWATCH, INC.<br><br>    Defendant. | No.  EDCV-13-02064 (JGB) (SPx)<br><br>**[PROPOSED] ORDER RE: APPLICATION  PURSUANT TO L.R. 79-5.2.2(b)** |

AND NOW, this ___ day of _____, 2016, upon consideration of Plaintiff's Application Pursuant to L.R. 79-5.2.2(b) with regard to excerpts of the deposition transcript of Lifewatch employee Sarai Baker and Lifewatch's responsive declaration, it is hereby ORDERED that the following excerpts of Ms. Baker's deposition and any references thereto in related motion papers shall remain UNDER SEAL:

| | | |
|---|---|---|
| 26:22-27:5 | 79:19-80:3 | 121:3-12 |
| 27:23-28:3 | 80:7-17 | 122:5-13 |
| 58:18-59:8 | 85:8-14 | 122:16-25 |
| 63:8-10 | 94:3-13 | 124:19-25 |
| 65:15-18 | 101:23-102:41 | 127:6-22 |
| 73:15-74:19 | 104:5-109:1 | 128:6-18 |
| 77:3-6 | 109:13-15 | 176:9-12 |

BY THE COURT:

_____
Jesus G. Bernal
United States District Judge