PETER S. LUBIN (*pro hac vice*)
 psl@ditommasolaw.com
**DITOMMASO LUBIN**
17W200 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Telephone:  (630) 333-0000

KATRINA CARROLL (*pro hac vice*)
kcarroll@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500, Chicago, IL 60606
Telephone: (312) 750-1265

STEPHEN J. SIMONI (Bar No. 284558)
 StephenSimoniLAW@gmail.com
**SIMONI CONSUMERS
         CLASS ACTION LAW OFFICES**
12131 Turnberry Drive, Suite 100
Rancho Mirage, CA 92270-1500
Telephone:  (917) 621-5795

CHAD C. AUSTIN (Bar No. 235457)
 ChadCAustin@gmail.com
**LAW OFFICE OF CHAD C. AUSTIN**
4632 Berwick Drive
San Diego, CA  92117
Telephone:  (619) 992-7100

*Counsel for Plaintiff Matthew Donaca
and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DONACA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>LIFEWATCH, INC,<br><br>            Defendant. | No.  EDCV-13-02064 (JGB) (SPx)<br><br>**RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hearing:  August 22, 2016<br>Time:      9:00 a.m.<br>Before:  Hon. J.G. Bernal |

**RENEWED MOTION FOR CLASS CERTIFICATION**
No. EDCV-13-02064-JGB(SPx)

0

1. Plaintiff Matthew Donaca ("Plaintiff") hereby moves this Court for an Order:

    i.) Certifying the following class pursuant to Federal Rule of Civil Procedure 23:

> "All individuals in the United States whose identity can be ascertained through Lifewatch's records and who received one or more phone calls directed to a telephone number assigned to a residential landline service using an artificial or prerecorded message made by, on behalf of, or for the benefit of Lifewatch from October 16, 2013 through the present;"

    ii.) Appointing Plaintiff as Class Representative; and

    iii.) Appointing Katrina Carroll of Lite DePalma Greenberg, LLC and Peter Lubin as Co-Lead Class Counsel.

2. Plaintiff submits this motion along with the Declaration of Plaintiff's Counsel, Stephen Simoni; Plaintiff's Memorandum of Points and Authorities; and a Proposed Order.

Date: June 7, 2016

Respectfully Submitted,

By: ___/s/[1] Stephen J. Simoni___

STEPHEN J. SIMONI (Bar No. 284558)
StephenSimoniLAW@gmail.com
**SIMONI CONSUMERS**
**CLASS ACTION LAW OFFICES**
12131 Turnberry Drive, Suite 100
Rancho Mirage, CA 92270-1500
Telephone: (917) 621-5795

---

[1] In accordance with Local Rule 5-4.3.4(a)(2)(i), the ECF/CM filer, Stephen J. Simoni, attests that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: ___/s/ Chad C. Austin____

CHAD C. AUSTIN (Bar No. 235457)
ChadCAustin@gmail.com
**LAW OFFICE OF CHAD C. AUSTIN**
4632 Berwick Drive
San Diego, CA  92117
Telephone:  (619) 992-7100
Facsimile:  (858) 712-0316


By: ___/s/ Katrina Carroll___

KATRINA CARROLL (*pro hac vice*)
kcarroll@litedepalma.com
**LITE DePALMA GREENBERG, LLC**
211 West Wacker Drive
Suite 500
Chicago, IL 60606
Telephone:  (312) 750-1265

By: ___/s/ Peter S. Lubin___
psl@ditommasolaw.com
**DITOMMASO LUBIN**
17W200 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Telephone:  (630) 333-0000

*Counsel for Plaintiff Matthew Donaca and the Proposed Class*