PETER S. LUBIN (*pro hac vice*)
 psl@ditommasolaw.com
**DITOMMASO LUBIN**
17W200 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Telephone:  (630) 333-0000

KATRINA CARROLL (*pro hac vice*)
kcarroll@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500, Chicago, IL 60606
Telephone: (312) 750-1265

STEPHEN J. SIMONI (Bar No. 284558)
 StephenSimoniLAW@gmail.com
**SIMONI CONSUMERS
    CLASS ACTION LAW OFFICES**
12131 Turnberry Drive, Suite 100
Rancho Mirage, CA 92270-1500
Telephone:  (917) 621-5795

CHAD C. AUSTIN (Bar No. 235457)
 ChadCAustin@gmail.com
**LAW OFFICE OF CHAD C. AUSTIN**
4632 Berwick Drive
San Diego, CA  92117
Telephone:  (619) 992-7100

*Counsel for Plaintiff Matthew Donaca
and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DONACA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEWATCH, INC.<br><br>Defendant. | No.  EDCV-13-02064 (JGB) (SPx)<br><br>**DECLARATION IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>**Hearing:  August 22, 2016<br>Time:      9:00 a.m.<br>Before:  Hon. J.G. Bernal** |

1

STEPHEN J. SIMONI, being over eighteen years of age, hereby declares under the penalties of perjury:

1. I am admitted to the California Bar and represent Plaintiff Matthew Donaca and the Proposed Class in the above-captioned case.

2. I submit this Declaration in support of Donaca's Renewed Motion for Class Certification.

3. Attached hereto as Exhibit PX1 is a true and correct copy of the preliminary injunction hearing transcript in *FTC v. Lifewatch, Inc.*, No. 15-C-5781 (N.D. Ill.).

4. Attached hereto as Exhibit PX2 is a true and correct copy of the February 19, 2014 deposition transcript of Sarai Baker taken in *Life Alert Emergency Response, Inc. v. Connect America, LLC, et al.*, Docket No. CV 13-03455 (C.D. Cal).

5. Attached hereto as Exhibit PX3 is a true and correct copy of excerpts from the Deposition Transcript of Matthew Donaca taken in this litigation.

6. Attached hereto as Exhibit PX4 is a true and correct copy of excerpts from the February 21, 2014 Deposition Transcript of Gerardo Duran taken in *Life Alert Emergency Response, Inc. v. Connect America, LLC, et al.*, Docket No. CV 13-03455 (C.D. Cal).

7. Attached hereto as Exhibit PX5 is a true and correct copy of FTC Doc[1] 14-1 (Menjivar Decl.).

8. Attached hereto as Exhibit PX6 is a true and correct copy of FTC Doc 17-2 (excerpted transcripts of FTC call recordings).

9. Attached hereto as Exhibit PX7 is a true and correct copy of FTC Doc 19-1 (transcript of October 13, 2014 Diana Mey call recording).

10. Attached hereto as Exhibit PX8 is a true and correct copy FTC Doc 19-2 (transcript of October 27, 2014 Diana Mey call recording).

11. Attached hereto as Exhibit PX9 is a true and correct copy of FTC Doc 20-1 (transcript of December 4, 2014 Diana Mey call recording).

12. Attached hereto as Exhibit PX10 is a true and correct copy of FTC Doc 21-1 (France Decl.) and selected attachments.

13. Attached hereto as Exhibit PX11 is a true and correct copy of FTC Doc 21-2 (Tyndall. Decl.) and selected attachments.

14. Attached hereto as Exhibit PX12 is a true and correct copy of FTC Docs 22-1, 22-2, and 22-3 (Velez Decl.) and selected attachments.

15. Attached hereto as Exhibit PX13 is a true and correct copy of FTC Doc 24-3 (Bradley Decl.) and selected attachments.

---

[1] "FTC Doc" numbers refer to the document number as filed in *FTC v. Lifewatch Inc.*, No. 1:15-cv-05781 (N.D. Ill. 2015) (Feinerman, J.).

3

16. Attached hereto as Exhibit PX14 is a true and correct copy of FTC Doc 24-9 (Gross Decl.).

17. Attached hereto as Exhibit PX15 is a true and correct copy of FTC Doc 24-11 (Settecase Decl.).

18. Attached hereto as Exhibit PX16 is a true and correct copy of FTC Doc 24-12 (Kane Decl) and selected attachment.

19. Attached hereto as Exhibit PX 17 is a true and correct copy of FTC Doc 24-28 (Eden Decl.).

20. Attached hereto as Exhibit PX18 is a true and correct copy of FTC Doc. 25-9 (James Decl.).

21. Attached hereto as Exhibit PX19 is a true and correct copy of FTC Doc 25-14 (Lifshitz Decl.).

22. Attached hereto as Exhibit PX20 is a true and correct copy of FTC Doc 25-27 (Thill Decl.).

23. Attached hereto as Exhibit PX21 is a true and correct copy of FTC Doc 26-1 (Amberson Decl.).

24. Attached hereto as Exhibit PX22 is a true and correct copy of FTC Doc 26-12 (Steinmetz Decl.).

25. Attached hereto as Exhibit PX23 is a true and correct copy of FTC Doc 77-1 (Mey Decl.) and selected attachments.

4

26. Attached hereto as Exhibit PX24 is a true and correct copy of FTC Doc 87-3 (Vandewater Decl.).

27. Attached hereto as Exhibit PX25 is a true and correct copy of FTC Doc 92 (November 10, 2015 Amended Baker Decl.).

28. Attached hereto as Exhibit PX26 is a true and correct copy of FTC Doc 96 (Einikis Decl.) with selected, excerpted attachment.

29. Attached hereto as Exhibit PX27 is a true and correct copy of the firm biography of Lite DePalma Greenberg, LLC.

30. Attached hereto as Exhibit PX28 is a true and correct copy of the firm biography of DiTommaso Lubin.

31. In lieu of setting forth the panoply of facts supporting Plaintiff's Renewed Motion for Class Certification in numbered paragraphs below, Plaintiff has attached hereto as Exhibit PX29 a Fact Chart highlighting the facts relevant to the Motion, in what Plaintiff hopes is a more convenient and accessible format for the Court's review.

32. Attached hereto as Exhibit PX30 is Plaintiff's Litigation Chart documenting the lawsuits that have been filed against Lifewatch Inc. relating to its telemarketing practices.

Date: June 7, 2016                              Respectfully submitted,

By: ___/s/[2] *Stephen J. Simoni*___
STEPHEN J. SIMONI (Bar No. 284558)
StephenSimoniLAW@gmail.com
**SIMONI CONSUMERS**
**CLASS ACTION LAW OFFICES**
12131 Turnberry Drive, Suite 100
Rancho Mirage, CA 92270-1500
Telephone: (917) 621-5795


By: ___*/s/ Chad C. Austin*_____

CHAD C. AUSTIN (Bar No. 235457)
ChadCAustin@gmail.com
**LAW OFFICE OF CHAD C. AUSTIN**
4632 Berwick Drive
San Diego, CA 92117
Telephone: (619) 992-7100
Facsimile: (858) 712-0316


By: ___*/s/ Katrina Carroll*___

KATRINA CARROLL (*pro hac vice*)
kcarroll@litedepalma.com
**LITE DePALMA GREENBERG, LLC**
211 West Wacker Drive
Suite 500
Chicago, IL 60606
Telephone: (312) 750-1265

By: ___*/s/ Peter S. Lubin*___
psl@ditommasolaw.com
**DITOMMASO LUBIN**
17W200 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Telephone: (630) 333-0000

---

[2] In accordance with Local Rule 5-4.3.4(a)(2)(i), the ECF/CM filer, Stephen J. Simoni, attests that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

6

1
2  *Counsel for Plaintiff Matthew
3  Donaca and the Proposed Class*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7