# PX 2 - REDACTED

THE FOLLOWING PAGES HAVE BEEN REDACTED FROM THIS EXHIBIT PENDING RESOLUTION OF PLAINTIFF'S APPLICATION PURSUANT TO L.R. 79-5.2.2(b)

| | | |
|---|---|---|
| 26:22-27:5 | 79:19-80:3 | 121:3-12 |
| 27:23-28:3 | 80:7-17 | 122:5-13 |
| 58:18-59:8 | 85:8-14 | 122:16-25 |
| 63:8-10 | 94:3-13 | 124:19-25 |
| 65:15-18 | 101:23-102:41 | 127:6-22 |
| 73:15-74:19 | 104:5-109:1 | 128:6-18 |
| 77:3-6 | 109:13-15 | 176:9-12 |

```
                                                                    1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
------------------------------------------------X
LIFE ALERT EMERGENCY RESPONSE, INC.,
a California corporation,

                    Plaintiff,
                                       Docket No.
v.                                     CV 13/03455 JAK (SSX)

CONNECT AMERICA.COM, LLC, a Delaware limited
liability company, KENNETH GROSS, an
individual, LIFEWATCH, INC., a New York
corporation, EVAN SIRLIN, an individual,
LIVE AGENT RESPONSE 1, LLC, a Florida limited
liability company, GREG SMALL, an individual,
TRILOGY INVESTMENT, LLC, a Florida limited
liability company, MICHAEL HILGAR, an
individual, WORLDWIDE INFO SERVICES, INC.,
a Florida corporation and DOES 1 to 10,
inclusive,

                    Defendants.
------------------------------------------------X

                    1225 Franklin Avenue
                    Garden City, New York
                    February 19, 2014
                    10:45 a.m.


        VIDEOTAPED DEPOSITION of LIFEWATCH, INC.,
Defendant, by SARAI BAKER, taken by Plaintiff,
pursuant to Federal Rules of Civil Procedure, and
Order, held at the above-noted time and place,
before Donna C. Gilmore, a Stenotype Reporter and
Notary Public within and for the State of New York.
```

COPY

(92 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-6 Filed 06/07/16 Page 4 of 175 Page ID #:2777
Case 2:13-cv-03455-JAK-SS Document 182-4 Filed 04/14/14 Page 15 of 40 Page ID #:2202

41

1 Sarai Baker
2 Q And approximately how long has
3 Ms. Vanderwater worked for LifeWatch, to your
4 knowledge?
5 A Two years.
6 Q And she's been call center liaison the
7 whole time?
8 A No.
9 Q What did she start as?
10 A Order processing supervisor.
11 Q As call center liaison, does she work in
12 the order processing department of LifeWatch?
13 A No.
14 Q Which department does she work in?
15 A She's, she directly reports to me.
16 There's not a specific department.
17 Q Describe for me what Ms. Vanderwatter's
18 responsibilities are as call center liaison.
19 A Communication with the sellers.
20 Q Anything else?
21 A Reviewing recording.
22 Q When you say that Ms. Vanderwater
23 communicates with sellers, do you mean that she is
24 communicating with representatives of third-party
25 call centers that LifeWatch works with?

```
                                                          42
 1                        Sarai Baker
 2      A    Yes.
 3      Q    Can you tell me in general what the nature
 4 of those communications are?
 5      A    Regarding product information, pricing
 6 information, CRM, some customer-related questions.
 7      Q    Does she also, to your knowledge,
 8 communicate with the third-party call center
 9 representatives about sales scripts that they're
10 using?
11      A    No.
12      Q    Who at LifeWatch does that?
13           MR. LIPARI:  Objection.  Object to
14      form, assumes facts not in evidence.
15      A    I wouldn't know.  I don't know.
16      Q    Who at LifeWatch do you believe would know
17 about that?
18           MR. LIPARI:  Objection, form.
19      A    I don't know.
20      Q    And to your knowledge, does LifeWatch
21 communicate with third-party call center
22 representatives about sales scripts that the call
23 centers are using?
24      A    I don't know.
25      Q    Have you ever communicated with
```

```
                                                              43
 1                    Sarai Baker
 2    third-party call center representatives about sales
 3    scripts that they're using?
 4         A    We, any communication would be regarding
 5    product and pricing.
 6         Q    Have you ever, have you ever communicated
 7    with a third-party call center representative about
 8    sales scripts that the call center was using?
 9              MR. LIPARI:  Asked and answered.  You
10              can answer again.
11         A    Any information that was communicated was
12    about product and pricing.
13         Q    As opposed to what?
14              MR. LIPARI:  Objection, vague.  Don't
15              answer.  As opposed to jelly.
16         Q    Well, did you ever have a conversation
17    with any third-party call center representative
18    about the content of a sales script that they were
19    using?
20         A    Product, product information, pricing
21    information.
22         Q    You never discussed rebuttals that were in
23    the scripts --
24              MR. LIPARI:  Objection.
25         Q    -- that were being used by the call
```

```
                                                              44
 1                        Sarai Baker
 2    center?
 3              MR. LIPARI:  Object to form, vague,
 4         terminology hasn't been defined, and asked
 5         and answered.
 6              You can answer again, if you
 7         understand the question and the
 8         terminology that's been used.
 9    A    Yeah, I'm not sure specifically.
10    Q    Have you ever seen sales scripts that are
11  being used by third-party call centers for
12  LifeWatch?
13    A    I have seen pieces, again for, to verify
14  the product and pricing information is correct
15  that's being provided to the customer.
16    Q    Who provided you the pieces of those sales
17  scripts?
18              MR. LIPARI:  If you know.
19    A    I was going to say, I don't recall.
20              MR. LIPARI:  We're just looking for
21         your best recollection here.
22    Q    Let me go back to what you mentioned was a
23  responsibility of Lauren Vanderwater, and you
24  mentioned that she reviews recordings.  What
25  recordings are you referring to?
```

(99 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-6 Filed 06/07/16 Page 8 of 17 Page ID #:2781
Case 2:13-cv-03455-JAK-SS Document 182-4 Filed 04/14/14 Page 22 of 40 Page ID #:2209

48

1                    Sarai Baker
2    recordings that she was reviewing recordings that
3    Lifewatch's bank had requested?
4        A    That is part of it.
5        Q    What else, what other recordings does she
6    review?
7        A    We also randomly request recordings.
8        Q    And by "we," you mean LifeWatch randomly
9    requests sales recordings from outside call centers,
10   correct?
11       A    From outside sellers.
12       Q    Okay.  But the recordings are of sales
13   phone calls, correct?
14       A    Yes.
15       Q    Any other recordings that you request?
16       A    No.
17       Q    And who is the one at LifeWatch that
18   requests the sales recordings from the outside call
19   centers?
20       A    Either Lauren or myself.
21       Q    And how frequently does LifeWatch, say in
22   2013, request recordings from the outside call
23   centers?
24       A    For our, for the random or for the --
25       Q    For Lifewatch's purposes, not for the

(108 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-6 Filed 06/07/16 Page 9 of 17 Page ID #:2782
Case 2:13-cv-03455-JAK-SS Document 182-4 Filed 04/14/14 Page 31 of 40 Page ID #:2218

150

Sarai Baker

2  Q  Did you have any deals with US Digest,
3  LLC?
4  A  I don't recall it.
5     MR. LOEB: This is a good place to
6  break.
7     THE VIDEOGRAPHER: This completes Tape
8  Number Three. The time is 4:44 p.m. and
9  we're going off the record.
10    (A brief recess was taken from
11  4:44 p.m. to 5:00 p.m.)
12    THE VIDEOGRAPHER: This begins Tape
13  Number Four. The time is 5 p.m. and we're
14  back on the record.
15    MR. LOEB: I have another document I'd
16  like to mark as Exhibit 20.
17    (E-mail was marked as Plaintiff's
18  Exhibit 20, for identification, as of this
19  date.)
20 Q  I show the witness Exhibit 20, which is an
21 e-mail string, and my question is have you seen all
22 or part of this e-mail string before?
23 A  Yes.
24 Q  What part have you seen?
25 A  I've definitely seen the part from Lauren,

151

1           Sarai Baker
2  the part at the bottom from Lauren and "Good
3  afternoon, Katie."
4       Q    Okay. That's the e-mail that is from
5  Lauren Vanderwater to Katie, Worldwide Info Service
6  -- and Worldwide Info Services?
7       A    Yes.
8       Q    Are you copied on that e-mail?
9       A    No.
10      Q    Were you forwarded a copy of this e-mail,
11 do you believe?
12      A    I'm -- yes, whenever Lauren sends out an
13 e-mail to the centers I am sent a copy of it.
14      Q    And which call center do you believe this
15 e-mail was sent to by Lauren Vanderwater?
16      A    Worldwide.
17      Q    And in particular to Katie, Katie at
18 Worldwide?
19      A    That's what it looks like, yes.
20      Q    Do you know who Katie is?
21      A    I mean, I'm not sure. She was with their
22 customer service.
23      Q    Did you have dealings with her?
24      A    Yes, I believe I did.
25      Q    All right. The e-mail from Lauren

(110 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-2 Filed 06/07/16 Page 11 of 17 Page ID #:2784
Case 2:13-cv-03455-JAK-SS Document 182-4 Filed 04/14/14 Page 33 of 40 Page ID #:2220

152

1        Sarai Baker
2   Vanderwater says, "Good afternoon, Katie. See below
3   from Sarai regarding all Canadian orders," and then
4   there's three items of instructions? Is it correct
5   that those three items are instructions that you
6   gave?
7      A   Yes.
8      Q   And why did you give those instructions?
9      A   Evan and Mitch directed me to.

153

1                    Sarai Baker

8        Q    But your intent was to have the actual
9   sales agents in the outside call centers change
10  their sales pitches to reflect these changes, right?
11       A    Regarding pricing.
12       Q    Yes.
13       A    Yes, yes, regarding pricing.
14       Q    Right. To your knowledge, did all the
15  sales agents for the outside call centers modify
16  their sales pitches as you instructed them?
17            MR. LIPARI:  Objection to form and
18            object to the characterization.
19       A    Orders, accounts were then entered in to
20  the CRM at this adjusted price.
21       Q    My question is going to you understood at
22  the time you had Lauren Vanderwater send out this
23  e-mail that the sales agents at the Worldwide call
24  center as part of their sales pitch were quoting
25  certain prices for Canadian orders to Canadian

(112 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-2 Filed 06/07/16 Page 134 of 173 Page ID #:2786
Case 2:13 cv 03455 JAK SS Document 182 4 F ed 04/14/14 Page 35 of 40 Page D #:2222

154

1  Sarai Baker
2  customers, correct?
3  A  They would have, for Canadian orders if
4  they knew the person lived in Canada they would have
5  to change the pricing.
6  Q  Right, in their sales pitches to those
7  Canadian customers, right?
8  A  Sure.
9  Q  And to your knowledge, did the sales
10 agents change their sales pitches based on this
11 instruction?
12        MR. LIPARI:  Object to form, asked and
13        answered.
14        You can answer if you understand the
15        question.
16 A  The CRM showed that orders were being
17 entered under this new pricing.
18 Q  As far as you knew the sales agents
19 changed their sales pitches to the customers on
20 their phone calls, right?
21        MR. LIPARI:  Asked and answered.  You
22        can answer any way you'd like.  You don't
23        have to change your answer.
24 A  The CRM reflected that.
25 Q  And how did the CRM reflect that?

ER0062

1           Sarai Baker
2      A    The product that was assigned, the product
3   and price -- the price that was assigned to that
4   client was then 49.95.
5      Q    So the pricing after this instruction in
6   the e-mail from Lauren Vanderwater, Lifewatch's CRM,
7   indicated that the Worldwide sales agents had
8   modified the pricing for the Canadian orders, right?
9           MR. LIPARI: Object to form, calls for
10          speculation, asked and answered.
11     A    I mean, yes, the CRM reflected it.
12     Q    You didn't have to follow up, to your
13  recollection, you didn't have to follow up and make
14  another request to Worldwide?
15     A    I cannot recall specifically to Worldwide.
16  Could we have followed up with them or other centers
17  to do that? Sure. I can't tell you if it was
18  specifically for Worldwide.
19     Q    Do you recall following up to any of
20  LifeWatch's call centers on these instructions to,
21  for the sales of LifeWatch medical alert systems to
22  Canadians?
23     A    I don't recall.
24     Q    Let's refer to the other portion of the
25  e-mail, the top portion that's in the e-mail string

ER0063

(114 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-2 Filed 06/07/16 Page 154 of 172 Page ID #:2788
Case 2:13-cv-03455-JAK-SS Document 182-4 Filed 04/14/14 Page 37 of 40 Page ID #:2224

156

1     Sarai Baker
2  that's from a John at johninfo@gmail dated May 22,
3  2013. Do you believe you've ever seen that portion
4  of the e-mail string?
5     A    Just from what I was shown by the lawyers.
6     Q    So you reviewed this e-mail before your
7  deposition, this e-mail string?
8     A    I did, I have seen this.
9     Q    Prior to being shown by your attorneys,
10 had you seen the entire e-mail string?
11    A    No.
12    Q    And in the middle of the e-mail string
13 there's an e-mail from Katie dated May 21, 2013 to
14 Michael Medalert. Do you see that?
15    A    Yes.
16    Q    Do you know who Michael Medalert is?
17    A    I do not.
18    Q    Do you know who johnwwinfo@gmail.com, who
19 that is?
20    A    I do not, no.
21    Q    In the top e-mail, the one that's from
22 John dated May 22, 2013, do you recognize any of the
23 e-mail addresses that that e-mail was sent to?
24    A    No, I do not.
25    Q    Now, have you searched for any e-mails

(115 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-2 Filed 06/07/16 Page 16 of 173 Page ID #:2789
Case 2:13 cv 03455 JAK SS Document 182 4 F ed 04/14/14 Page 38 of 40 Page D #:2225

```
                                                                    157
 1                       Sarai Baker
 2   that you have between yourself and any of
 3   Lifewatch's outside call centers?
 4        A    We are working on, we're in the process of
 5   obtaining those.
 6        Q    I'm asking have you searched for them
 7   personally.
 8        A    Not as of yet.
 9        Q    You have your own personal computer at
10   LifeWatch, right?
11        A    Yes.
12        Q    Did you look on your own personal computer
13   if you have copies of any e-mails between yourself
14   and Lifewatch's outside call centers?
15        A    Not as of yet.  We're working on it.
16        Q    Why haven't you looked for them on the
17   computer?
18        A    Just, I just hadn't had time to look
19   through it yet.
20        Q    Do you know if anyone else at LifeWatch
21   has looked for e-mails between LifeWatch and outside
22   call centers?
23        A    I don't know specifically, no.
24        Q    Generally.
25        A    Meaning I don't -- no, I don't know if
```

(116 of 568)
Case 5:13-cv-02064-JGB-SP Document 92-2 Filed 06/07/16 Page 174 of 173 Page ID #:2790
Case 2:13 cv 03455 JAK SS Document 182 4 F ed 04/14/14 Page 39 of 40 Page D #:2226

```
                                                                    158
    1                        Sarai Baker
    2    other people have or not.
    3              MR. SULTZER:  And Ralph, just for the
    4         record, we put a litigation hold to
    5         LifeWatch and I made a representation to
    6         you already that you already asked for all
    7         that information and I'm in the process of
    8         assembling whatever is there, so Sarai is
    9         not involved in that.  As we said in
   10         processing, she has no idea in terms of,
   11         you know, I'm not working with her on
   12         that.  But I want you to know that and
   13         we've already given you some documents
   14         today, we're going to give you more
   15         documents next week, and we should be
   16         finalizing our production at that time.
   17    Q    Do you know if Lauren Vanderwater has
   18    searched her computer to see if she has any e-mails
   19    between her and Lifewatch's outside call centers?
   20    A    I do not know.
   21    Q    Did you ask her to search for them?
   22    A    No.
   23              MR. LOEB:  I have a document I'd like
   24         to mark as Exhibit 21.
   25              (Discover statement was marked as
```